RE: Case No. 15-0401     DATE: 6/19/2015
  COA #: 13-15-00209-CV  TC#: C-7554-14-C
STYLE: IN RE ONE GAS, INC. D/B/A TEXAS GAS SERVICE CO.

  Today the Supreme Court of Texas granted Relator's
Motion to Withdraw Petition and dismissed the petition
for writ of mandamus in the above-referenced case.
Relator's Emergency Motion to Stay is dismissed.


       MS. DORIAN E. RAMIREZ
       CLERK, THIRTEENTH COURT OF
       APPEALS
       901 LEOPARD STREET, 10TH FLOOR
       CORPUS CHRISTI, TX  78401